Danny Ray SHAFER, Petitioner–Appellant,

v.

UNITED STATES of America, Respondent–Appellee.

No. 01–7965.

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 28, 2002.

Danny Ray Shafer, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Danny Ray Shafer appeals the district court's order denying relief without prejudice on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Shafer v. United States,* No. CA–01–807–7 (W.D.Va. filed Oct. 18, 2001 & entered Oct. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*